**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

VS.                                          CRIMINAL NO. 5:08CR20DCB-LRA-4

CHARLES W. GAVIN A/K/A CHARLIE
GAVIN, MAE REE McMILLIAN,
CHARLES McCULLOUGH, AMANDA C. STACY
and LINDA C. SALLEY                                         DEFENDANTS

**ORDER**

This matter comes before the Court on Defendant Amanda Stacy's <u>ex</u> <u>parte</u> Motion for Additional Counsel pursuant to 18 U.S.C. § 3006A. Having reviewed the Motion, docket, applicable law, and being otherwise fully advised as to the premises, the Court finds that the admission of Attorney James M. Tyrone on behalf of Defendant Amanda Stacy will materially advance the interests of justice in this substantially complex case; accordingly,

IT IS HEREBY ORDERED that Attorney Tyrone be allowed to enter his appearance on behalf of Defendant Amanda Stacy in this case;

IT IS FURTHER ORDERED that Attorney Tyrone be compensated at a reduced hourly rate of $50.00 per hour.

SO ORDERED this the  22nd  day of  October , 2008.

                                   s/ David Bramlette
                                UNITED STATES DISTRICT JUDGE