IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL CASE NO. 5:08-cr-20(DCB)(LRA)

CHARLES W. GAVIN A/K/A CHARLIE
GAVIN, CHARLES McCULLOUGH,
AMANDA C. STACY and LINDA C. SALLEY

## JUDGMENT OF ACQUITTAL

This cause having come before the Court at the conclusion of the government's case in chief, and at the conclusion of all the evidence, upon a motion by defendant Amanda C. Stacy for a judgment of acquittal pursuant to Fed.R.Crim.P. 29(a), and the Court having heard oral argument, and having considered all the evidence, finds as follows:

Ms. Stacy argues that the Government did not present sufficient evidence from which a jury could properly conclude beyond a reasonable doubt that she was guilty of conspiracy to commit murder for hire as alleged in the indictment. Having reviewed the evidence in the light most favorable to the Government, the Court finds, for the reasons stated into the record at the conclusion of oral argument, that defendant Stacy's motion is well taken. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Amanda C. Stacy's Rule 29 motion is GRANTED, and Judgment of Acquittal is entered in her

favor.

SO ORDERED AND ADJUDGED, this the 24th day of April, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE